BLATS *v.* BLATS *et al.*

SIMMONS, C. J.　The evidence conflicting as to the material questions in the case, there was no abuse of discretion in refusing an injunction.

　　　　　　　　　　*Judgment affirmed.　By five Justices.*

Argued January 22, — Decided February 10, 1903.

Petition for injunction.　Before Judge Lumpkin.　Fulton superior court.　June 17, 1902.

*C. D. Maddox,* for plaintiff.

*G. H. Prior* and *Dorsey, Brewster & Howell,* for defendants.